# Exhibit 1

USWGO
ALLY OF QANON // DRAIN THE SWAMP



UNITED STATE DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA

Exhibit in attachment to "COMPLAINT AND REQUEST FOR INJUNCTION"
New Federal Lawsuit – Social Security Act

"Brian David Hill v. Glen Andrew Hall, et al."

# Exhibit 2

USWGO
QANON // DRAIN THE SWAMP



PETITION FOR WRIT OF HABEAS CORPUS
MARTINSVILLE GENERAL DISTRICT COURT CASE NO. C18-3138
MARTINSVILLE CIRCUIT COURT CASE NO. CR19000009-00

Exhibit in attachment to "BRIEF AND EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS"

**COMMONWEALTH OF VIRGINIA**
VA. CODE §§ 19.2-354; 19.2-358

Case No(s). CR19000009-00

In the Circuit Court for the [X] City [ ] County of MARTINSVILLE
[ ] COMMONWEALTH OF VIRGINIA
[X] CITY [ ] COUNTY OF MARTINSVILLE  v.  BRIAN DAVID HILL
                                            DEFENDANT

_____-0319                    UNKNOWN
SSN                       DRIVER'S LICENSE NUMBER        DRIVER'S LICENSE STATE

310 FOREST ST, APT 1, MARTINSVILLE, VA 24112
RESIDENCE ADDRESS

MAILING ADDRESS IF DIFFERENT FROM ABOVE

TELEPHONE NUMBER

**I. ACKNOWLEDGMENT OF SUSPENSION OR REVOCATION OF DRIVER'S LICENSE**
I acknowledge that I have been notified that my driver's license/driving privilege:

[ ] is suspended or revoked for a period of ................ effective ................ as a result of
   [ ] my conviction by this Court.
   [ ] action taken by the Virginia Department of Motor Vehicles pursuant to Va. Code § 46.2-390.1 for the Court's conviction or finding of facts sufficient to convict me of violating the drug laws (Va. Code §§ 18.2-247 through 18.2-264) of this Commonwealth.
   [ ] Declaration by the Virginia Department of Motor Vehicles   [ ] Adjudication by ................ Court that I am a habitual offender.

I acknowledge that I owe fines, costs, forfeiture, restitution and/or penalty of $ 1,222.45 ................ plus any additional court-appointed attorney fee, if applicable.

I further certify that on this date this notice was read, understood by me, and I received a copy of the same, and that my driver's license

[ ] WAS [ ] WAS NOT surrendered to this Court. Reason not surrendered: ................

November 15, 2019          (x) Brian D. Hill
DATE                           DEFENDANT

State/Commonwealth of [ ] Virginia [ ] ................
County/City of ................ Martinsville
Acknowledged before me this day by Brian David Hill
                                   PRINT NAME OF SIGNATORY

November 15, 2019          Jennifer C Giden
DATE                       [ ] JUDGE [✓] CLERK [ ] NOTARY PUBLIC
                           Notary Registration No. _____ My commission expires: _____

READ PART I ON THE BACK OF THIS FORM FOR MORE STIPULATIONS, WHICH ARE INCORPORATED BY REFERENCE AND ARE MADE A PART OF THIS ACKNOWLEDGMENT.

**II. ORDER AND NOTICE OF DEFERRED PAYMENT OR INSTALLMENT PAYMENTS**
SEE PART II ON THE BACK OF THIS FORM FOR FURTHER STIPULATIONS, WARNINGS AND INFORMATION CONCERNING THIS NOTICE AND ORDER, WHICH ARE HEREBY INCORPORATED BY REFERENCE.

Upon due consideration, the Defendant's Petition for deferred or installment payments is accordingly ACCEPTED, and the Defendant is ORDERED to pay costs, fines, forfeiture, and penalty totaling $ 1,222.45 ................, plus restitution totaling $ ................ plus any additional court-appointed attorney fee, court reporter fee, and interest, if applicable, by:

[X] making 4 installment payments of $ 300.00 per 6 MONTH beginning 05/15/2020 ................ until paid in full; or
[ ] making a deferred payment in full on or before 12/02/2019

[ ] Restitution payments are to be paid in accordance with the court's ORDER FOR RESTITUTION previously entered.
If Deferred payment is not received by the above due date, or if the final Installment payment is not received by ................, the defendant is hereby given NOTICE to return to this Court on ................ at ................
The total listed above does not include transcript costs and any costs/damages that may be charged if you appeal from this court.
NOTICE: READ PART II ON THE BACK OF THIS FORM FOR MORE STIPULATIONS WHICH ARE INCORPORATED BY REFERENCE AND ARE MADE A PART OF THIS ORDER AND NOTICE.

Entered this 15TH day of NOVEMBER, 2019

I have asked for and received a copy of this Order and Notice.   Bobby R Pinkett
                                                                 [ ] JUDGE  [✓] CLERK
(X) Brian D. Hill
    DEFENDANT

FORM CC-1379 FRONT 07/19

## PART I

I understand that if I provide for payment of a fine or other monies due by a method other than cash and my payment fails, the Clerk will send me a written notice of my failure of payment. A penalty of $50.00 or 10 percent of the amount of the payment, whichever is greater, may be charged if the method of payment fails.

I further understand that, if I am convicted of driving while my driver's license is suspended or revoked, I may be fined, sentenced to jail, or both.

I understand that upon suspension or revocation of my license, I may not operate a motor vehicle in the Commonwealth of Virginia until:

(1) All periods of suspension imposed by any Court or the Department of Motor Vehicles have expired, AND

(2) The Department of Motor Vehicles reinstates my license (if suspended) or issues a new license (if revoked) after:

    (a) I have paid the reinstatement fee (if any) to the Department of Motor Vehicles, AND

    (b) I have met all other administrative requirements of the Department of Motor Vehicles.

## PART II

I understand that if the Court has ordered deferred or installment payments, or community service to pay all or part of the fines and costs, I must make all required payments or perform all community service on time.

I understand that:

(1) as a condition of this agreement, I must promptly inform the Court of any change of my mailing address during the term of the agreement;

(2) if the fines, costs, forfeiture, restitution, and/or penalty are not paid in full by the date ordered, that the Court shall proceed according to the provisions of Va. Code § 19.2-358, which state that a show cause summons or capias for my arrest may be issued;

(3) the amount(s) listed in this agreement may be administratively amended by the Clerk of this Court in the event additional costs should be assessed and if additional costs are assessed, that the Clerk will forthwith issue a notice to me of the total amount due by first class mail to my address of record;

(4) the Court or Clerk thereof may adjust the final payment date administratively, without further notice, for installment payment agreements, if I fail to make a scheduled payment or for deferred payments, if I fail to pay in full by the date ordered, for the purposes of referring the account for action pursuant to Va. Code § 19.2-358.

I further understand that if the Court does not receive payments as ordered, my case will be referred for collection enforcement action under §§ 19.2-349, 19.2-353.5, 19.2-358, or 58.1-520 through 58.1-534 of the Code of Virginia. If my case is referred for collection enforcement action under § 19.2-349, the amount that I owe and that can be collected will be increased to reflect the additional costs associated with collection action. If any part of the amount due remains unpaid, pursuant to § 19.2-358, I may be subject to a jail sentence of up to 60 days or an additional fine of up to $500.00.

Pursuant to Va. Code § 19.2-353.5, if interest on outstanding fines and costs owed to this court accrued during a period when I was incarcerated, I may request that the interest that accrued when I was incarcerated be waived by this Court.

This Order and Notice is provided to the Defendant pursuant to Va. Code § 19.2-354. This Order shall not be spread on the Order Book of this Court.

FORM CC-1379 REVERSE 07/19