# Exhibit 3

USWGO
ALLY OF QANON // DRAIN THE SWAMP



UNITED STATE DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA

Exhibit in attachment to "COMPLAINT AND REQUEST FOR INJUNCTION"
New Federal Lawsuit – Social Security Act

"Brian David Hill v. Glen Andrew Hall, et al."

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY/TOWN OF MARTINSVILLE

| | |
|---|---|
| **COMMONWEALTH OF VIRGINIA,**<br>**Plaintiff,**<br><br>v.<br><br>**BRIAN DAVID HILL,**<br>**Defendant,** | )<br>)<br>)   **Criminal Action No. CR19000009-00**<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Motion for Waiving Legal Fees or Not**<br>)   **Enforcing Them**<br>) |

## Motion for Waiving Legal Fees or Not Enforcing Them

Pursuit to § 8.01-512.4 and 42 U.S. Code § 407, Brian David Hill

("Petitioner") the criminal defendant in this case files this motion for requesting

the Waiving of Legal Fees or Not Enforcing Them in this Circuit Court, for lack of

funds and that Petitioner has no garnishable income and no liquid assets. Petitioner

does not work a job and therefore does not actually make any money that can be

subject to garnishment as it is a protected Federal Benefits program by Federal

Law and is Petitioner's only source of income to live off of.

This motion is to file evidence that establishes Petitioner has no garnishable

income, owns no car, and owns no home. Petitioner owes no restitution to the

Commonwealth of Virginia as there are no reported victims. The only fees charged

1

to Petitioner is legal fees such as attorney fees, and that is forbidden under Federal

Law from any kind of garnishment, execution and levying.

Quote from 42 U.S. Code § 407. Assignment of benefits:

(a) In general: The right of any person to any future payment under this
subchapter shall not be transferable or assignable, at law or in equity, and none of
the moneys paid or payable or rights existing under this subchapter shall be subject
to execution, levy, attachment, garnishment, or other legal process, or to the
operation of any bankruptcy or insolvency law.

Citing to *Washington State Dep't of Social & Health Servs v Guardianship Estate of Keffeler*,
537 US 371; 123 S Ct 1017; 154 L Ed 2d 972 (2003), the Court stated that an "other legal
process (1) requires utilization of some judicial or quasi-judicial mechanism; (2) by which
control over property passes from one person to another; (3) in order to discharge or secure
discharge of an existing or anticipated liability." Here, a judicial mechanism was used (*i.e.*, a
restitution order) to secure a discharge of Alexandroni's existing liability. Further, if the trial
court used its contempt power to cause her to satisfy the restitution it would be "use of a judicial
mechanism to pass control over those benefits from one person to another." Thus, although the
trial court properly determined the SSDI benefits were "income," its use of its contempt powers
would constitute an "other legal process" in violation of 42 USC 407(a). That is so, the court
reasoned, even though a contempt order does not "touch a contemptor's money directly," but
instead coerces the compemtor to comply.

The Court concluded by stating that an actual contempt order would violate 42 USC 407(a), but
the "mere specter of a contempt hearing" would not necessarily be an "other legal process."
Additionally, the Court found, the restitution order itself remained valid, and the trial court could
make further determinations as to Alexandroni's ability to pay from other sources of income.

That case law applies to restitution but Petitioner owes no restitution, but the

legal argument and logic are exactly the same. Using any "legal process" to force

the payment of legal fees to pay both the prosecution and defense lawyers violates

the federal Social Security Act law.

Petitioner also files evidence in Exhibit in attachment to this "Motion" an

Exhibit 1: Two receipt stubs of the $500 a month of rent out of his $783 dollars a

month, utilities included. The monthly rent only leaves Petitioner with $283 a month to live off of. See **Exhibit 1**.

Petitioner, again is not subject to restitution. Petitioner has no victims. Petitioner's only legal fees are of attorney fees and any other misc. legal fees which would be exempted from any garnishment under federal law. Petitioner pays part of the remainder of that for fighting his state case and his federal criminal case for actual innocence acquittal. The cost of the legal mailings for both the state and federal cases (*Petitioner has six federal appeals pending before the Fourth Circuit, five are pro se and one is represented by a federal appellate attorney from West Virginia*), as well as the paper, ink, and pens. Diabetic shoes are no longer covered by Virginia Medicaid due to changes in Medicaid law or Medicaid benefits coverage, so now Petitioner has to pay for shoes once again as well as any special inserts to protect his feet as a Type 1 Brittle Diabetic. Petitioner's food stamps under EBT is also being lowered by the Commonwealth of Virginia over the years, and therefore some of his limited and only income of SSI disability money may also have to go towards food and snacks as well since he is a diabetic and may need to purchase juice or any glucose beverage. It is required by his diabetes educator from Carilion Clinic that he must have snacks with protein to prevent low blood sugars which can lead to a seizure or death.

Therefore Petitioner is asking this Court to not enforce its demand for legal fees out of this criminal case or that the legal fees be waived or only enforced to ever any future income that is not protected from garnishment. Petitioner is also thinking about declaring bankruptcy in the Roanoke federal courthouse against the State for demanding legal fees over an in-debtor that has no actual garnishable assets.

Already Petitioner is having to fight against his criminal case right and left out of belief that Petitioner was wrongfully convicted of indecent exposure and that <u>Petitioner shouldn't be punished for fighting for his constitutional rights</u> as that seems to <u>deprive Petitioner of his constitutional rights to increase the legal fees anytime Petitioner files anything in trying to fight for his guaranteed constitutional rights for criminal defendants in all cases</u>. Petitioner has until May, 2020, to start paying off his state debt to the Commonwealth of Virginia, as well as any additional legal fees to court appointed lawyer Matthew Scott Thomas Clark.

For one, the Federal Courts do not garnish Petitioner's SSI for attorney fees and do not garnish over him not succeeding in his criminal case. Only states seem to do this out of a desperate bid to maintain their state budgets, by making the indigent criminal defendants pay the legal fees instead of the tax dollars. However it may violate the Federal Supremacy Clause where Federal Laws are the supreme law of the land as long as it doesn't violate the United States Constitution.

The mental evaluation that was conducted in the General District Court stated that Petitioner has Autism and/or Obsessive Compulsive Disorder. Petitioner buys soap and other sanitary items that also cost a good amount of money to maintain hygiene, especially during the COVID-19 CoronaVirus pandemic.

It is absurd that the Commonwealth and it's Courts will mandate that Petitioner pay over $1,000 for counsel that wasn't even effective and deprived him of due process and deprived him of having any defense at all, deprived him of having any evidence that would be exculpatory in proving his innocence, and yet Petitioner was never told by Matthew Scott Thomas Clark that Petitioner would be responsible for over $1,000 worth of legal fees if he withdraws his appeal and accepts the decision in the lower court. That also very well makes his guilty plea illegal, invalid, null and void in the eyes of the United States Supreme Court.

If this Court has to continue this demand for legal fees from Petitioner who's only source of income is his SSI disability that is protected under 42 USC 407(a), Petitioner will have to declare bankruptcy in Federal Court or sue this Court under the Social Security Act to order a federal preliminary injunction and have emergency injunctive relief against the State Court for exercising an attempted garnishment through other legal process with threat of Petitioner facing jail-time if he doesn't pay the mandatory legal costs. Even the restitution fee exemption from

the protection from garnishment has its limits. Petitioner has no restitution in this state case. See "11/15/2019" "PAYMENT AGREEMENT PLAN".

His bank account is only used to deposit social security SSI payments through Direct Deposit. No other sources of money are deposited in this bank account. Exhibit 2 proves this as it will show his monthly amount. See. **Exhibit 2**. Petitioner may also have to keep a $100 minimum to prevent bank fees. So even this bank account cannot be garnished as it is the Social Security Administration's mechanism for Direct Deposit for Petitioner's monthly SSI income.

Petitioner owns no land, owns no home, only rents, and his only sources of income are his SSI disability benefits. Public assistance payments (§ 63.2-506, Code of Virginia) which may include EBT can only be used for food and cannot be garnished. Petitioner is also renting the used furniture and doesn't even own them either. See the Affidavit attached thereto as supporting evidence. See **Exhibit 3**. Petitioner is on Federal Supervised Release and his Probation Officer never makes him pay any money for the court ordered Supervised Release Conditions.

If this Court cannot consider these circumstances of Petitioner's finances, Petitioner will have no choice but to legally declare federal bankruptcy which Petitioner will do because he has never been subject to these kind of legal fees before in his life. Even when he was sued by Righthaven, LLC, for federal

copyright infringement over what he had posted on USWGO Alternative News in 2011 at uswgo.com, the Federal Judge recognized that Righthaven, LLC was suing somebody who has a caretaker and only has SSI disability. Also USWGO Alternative News is the opposite of Infowars by Alex Jones as Infowars makes a profit off of his alternative media platform while Petitioner ran his website on a voluntarily basis from 2009-2012 as a hobby blog and never used that platform to make any profit. So USWGO Alternative News was like Infowars but USWGO isn't in it to profit off of truth and fear. He was only in it to get the truth out there to the American People, like a real journalist instead of the corporate Bilderberg Group controlled media. Here's the Federal Judge's opinion in his order:

Citing ORDER. Mr. Hill's [12] Motion for Attorney Fees is denied. By Judge John L. Kane on 9/9/11. Docket Number: 1:11-cv-00211, U.S. District Court for the District of Colorado:

"Apparently unbeknownst to Righthaven, however, Mr. Hill is a mentally and physically disabled young man who requires around-the-clock attention, which is provided by his mother. Because of his disabilities, neither Mr. Hill nor his mother can work; their only form of income is Mr. Hill's monthly Social Security disbursement. Initially, Righthaven showed little sympathy for Mr. Hill's poor health and limited financial resources. It opposed Mr. Hill's motion for an extension of time to file an answer, 2 and attempted to impose numerous conditions in its settlement negotiations with Mr. Hill. Mr. Hill refused to accept Righthaven's proposed settlement, instead filing an Omnibus Motion to Dismiss, Transfer Venue, and for Attorney Fees (doc. 12)."

Social Security Administration does not consider even household furniture as liquid assets such as "Household goods, if needed for maintenance, use and

7

occupancy of the home", "Personal effects", and "Property essential to self-support". That is because a basic minimum is needed for survival and be able to communicate with members of the Government and Government agencies such as for example communications with the Courts of the United States and social service type programs. Without a telephone, Petitioner cannot call anybody or ensure that his legal filings by fax are even received. Faxes are cheaper than certified mailings. However, some courts may allow filings by fax and others do not. So then the filings are done by legal mailings which can get costly for somebody under a limited source of income per month. Depending on how complex the federal and/or state cases and pending appeals will get.

Even in increments, this places Petitioner in debt to the Commonwealth of Virginia, indebted to the state. How the costly debt was accrued due to Petitioner fighting right and left to be acquitted of indecent exposure, prevent a Supervised Release Revocation, and protect his constitutional rights which is punishment. Petitioner is punished with higher legal fees for exercising any of his due process and constitutional rights which puts the poor at a disadvantage. Forcing poor people to give up as they cannot afford to fight to prove their innocence. Our constitutional rights of American citizens should not be restricted to those who can afford it, constitutional rights are guaranteed by the Bill of Rights to all Americans, whether they are super rich like the Bilderberg Globalist Elite, rich, middle-class,

8

or even the poor. Even the state laws requiring that criminal defendants pay legal

fees and increase those legal fees to those that fight their charges and appeal to the

higher courts violates the Equal Protection clause of the U.S. Constitution. Federal

Courts by example don't charge the legal fees of both the prosecution and defense

attorney in federal criminal cases. Why are State Courts allowed to punish and take

money from those who simply fight for their constitutional rights due to the matter

of a state statute to save money for the state when Federal Courts also have scarce

judicial resources and do not financially penalize those who simply fight as a

criminal defendant for their constitutional rights and be able to defend themselves

under effective counsel. Petitioner believes this deprives poor people and disabled

people of due process in the State Courts, and violates both due process guarantee

and the equal protection under the laws clause of the U.S. Constitution. A rich

person can easily pay any thousands of dollars in a state case whether they win or

lose, losing a criminal case is no big deal to those with a lot of money. However

for a person under SSI disability disbursement payments, homeless people, and

poor people, they are told to pay the State a lot of money or be jailed again and

thus be charged with another crime and thus have even more debts and legal fees.

It is extortion at best or at worst, extortion of the poor. Even Jesus Christ was for

the poor and did not want the Roman Empire taxing the heck out of the poor and

then they not receive any representation but instead being robbed of their

9

daughters, their land, and their property by the Romans that conquered them. The United States of America is not the Roman Empire though and has the Supreme Law of the Land which is the United States Constitution and the Supreme Court of the United States (SCOTUS) that is the final Court of last resort for all State and Federal judicial decisions.

The Circuit Court and all State Courts cannot override the Federal Supremacy Clause. Virginia lost the civil war in 1865 at Appomattox Courthouse, when they surrendered and was no longer part of the confederacy. It is illegal for any Court to garnish somebodies Social Security Disability (referring to "SSI") disbursement payments when that money is simply to pay these already-overpaid and dishonest lawyers and is not for restitution. With no restitution ordered by the Court of the Commonwealth of Virginia, this Court has no legal right to garnish the federal SSI income of Brian David Hill to pay lawyers' fees. Even at increments, it is still garnishing or levying and indebting Brian David Hill to pay the fees of lawyers. Even Jesus Christ denounced lawyers in the bible for their dishonesty stating bible verse of Luke 11:46 "*Woe to you also, lawyers! For you load men with burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers*." That bible verse is correct. Matthew Clark refused to fight for Petitioner and kept making excuses to persuade Petitioner and his family to withdraw the appeal but not telling his family that Petitioner would be liable for

10

over $1,000 worth of legal fee debt. Matthew Clark will never touch with his fingers the very same burdens he placed on his client---Brian David Hill. Even Jesus Christ would not agree with what has happened to Petitioner. It is wrong. Malpractice by Matthew Clark and the frauds perpetuated by Glen Andrew Hall should not place such a hefty financial burden on Petitioner. The Government should never be going after the poor and putting the poor at such a disadvantage.

Petitioner has cited a bible verse and legal case law as to why the legal fees being levied against Petitioner over not prevailing in his criminal case is wrong.

Unless Petitioner has anything to liquidate, he virtually has no assets unless any used furniture he uses/needs or the printer he uses of his mother's to type up the legal filings would even remotely be considered an asset. Even at $50 a month, this is still garnishment and places Petitioner in debt to the State over simply fighting for his constitutional rights. It is to retaliate financially against anybody doing anything or filing any pleading to fight for any constitutional or legal right.

Petitioner is filing this motion hoping that this Court will make amends to its wrongful judgment, that he will not have to take to the extremes of suing this Court under the federal Social Security Act over the anti-garnishment clause of Title 42 U.S. Code § 407, and even go a step further and declare bankruptcy which of course the Petitioner has nothing that could even exceed up to $5,000 which that

11

amount of personal effects is protected under federal bankruptcy. Petitioner cannot even exceed that his used personal effects would even go up to $5,000 since the used furniture is actually what his mother is letting him use. Used furniture, especially since used furniture have defects would be hardly worth anything, even if the furniture was claimed by Petitioner as his own for "maintenance, use and occupancy of the home" or even "Property essential to self-support", it may not be considered liquid assets.

The Commonwealth of Virginia has no legitimate grounds to enforce its legal fees on Petitioner.

## CONCLUSION

For the foregoing reasons, Petitioner asks this Court to suspend or set aside its order on 11/15/2019 enforcing the payment of legal fees accrued in this state criminal case unless Petitioner has any liquid assets in the future that can be garnished (even though that is unlikely), or waive the legal fees entirely.

Petitioner asks this Honorable Court for such order by granting of this motion. Whether or not the Honorable Judge may personally agree or disagree with the opinions and bible verse quoted by Petitioner, Petitioner's motion is well-grounded in law, well-grounded in evidence, and is not frivolous. Petitioner kindly asks that any emotional reaction to his opinions not be used against him in the

decision of this motion since it is protected under the First Amendment of the U.S.

Constitution. Thank You!

EXHIBITS ATTACHED TO THIS MOTION:

| Exhibit No. | Description | Page range |
|---|---|---|
| EXHIBIT 1. | Two rent pay stubs showing that Petitioner is having to pay $500 rent a month to the landlord. | 1-2 |
| EXHIBIT 2. | SSI letter with the monthly income statement, from the Social Security Administration. Direct Deposit proof from SunTrust bank. | 3-5 |
| EXHIBIT 3. | Affidavit of Indigence by Brian David Hill in support of Motion. | 6-9 |

9 pages total.

Respectfully filed with this Court, this the 14th Day of March, 2020.

**BRIAN DAVID HILL**



Brian D. Hill
Signed

Brian David Hill –
Ally of Qanon
Founder of USWGO
Alternative News
310 Forest Street, Apt.
2 Martinsville,
Virginia 24112
(276) 790-3505
*Pro Se*



13

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2020, I caused this "Motion for Waiving Legal Fees or Not Enforcing Them" to be transmitted by facsimile (fax machine) to the Commonwealth of Virginia through the Commonwealth Attorney's Office of Martinsville (Fax # 276-403-5478) and will attach proof of service (*Transmission ticket receipt for proof of transmission*) which shall satisfy proof of service:

Glen Andrew Hall, Esq.
Martinsville Commonwealth's Attorney's Office
55 West Church Street
Martinsville, Virginia
24112
(276) 403-5470

*Counsel for Appellee*





Brian David Hill –
Ally of Qanon
Founder of USWGO
Alternative News
310 Forest Street, Apt.
2 Martinsville,
Virginia 24112
(276) 790-3505
                    *Pro Se Appellant*

14

# Exhibit 1

USWGO
ALLY OF QANON // DRAIN THE SWAMP



CIRCUIT COURT OF MARTINSVILLE, VIRGINIA, CASE NO.
CR19000009-00

Exhibit in attachment to "Motion for Waiving Legal Fees or Not Enforcing Them"

**RECEIPT** No. 977502

DATE 3 — 3 — 2020

FROM Brian Hill

$500.00

Five Hundred — DOLLARS

☑ FOR RENT
○ FOR

| ACCT. | | ☑ CASH | |
|---|---|---|---|
| PAID | | ○ CHECK | FROM _____ TO _____ |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY _____ |

A-2501
T-46320

**RECEIPT** No. 977501

DATE 2 — 2 — 2020

FROM Brian Hill

$500.00

Five hundred — DOLLARS

☑ FOR RENT
○ FOR

| ACCT. | | ☑ CASH | |
|---|---|---|---|
| PAID | | ○ CHECK | FROM _____ TO _____ |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY _____ |

A-2501
T-46320

# Exhibit 2

USWGO
ALLY OF QANON // DRAIN THE SWAMP



CIRCUIT COURT OF MARTINSVILLE, VIRGINIA, CASE NO.
CR19000009-00

Exhibit in attachment to "Motion for Waiving Legal Fees or Not Enforcing Them"

SOCIAL SECURITY
320 W COMMONWEALTH BLV
MARTINSVILLE VA 24112

### Social Security Administration
# Supplemental Security Income
Notice of Change in Payment

Date:  December 1, 2019
BNC#:  19S1870H56730 DI

ı.ıl.ıl|ıllıuᵘl.|ılılıll.ᵘ.ıl.ıᵘ|ıllııl.lᵘ.ılıılııuᵘllⁱᵘıll

0149027  00149027        I  AB   0.412  CN6LNA  T457 P9
COLA M04 11/24 A40 19S1870H56730
BRIAN DAVID HILL
310 FOREST ST
APT 2
MARTINSVILLE VA 24112-4210

We plan to increase your monthly Supplemental Security Income (SSI) payment
from $771.00 to $783.00 beginning January 2020.  The amount will change
because the cost of living increased during the past year.  You will continue to
get the new amount each month unless there is a change in the information we
use to figure your payment.

The rest of this letter explains more about your SSI payments.  It also tells
you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet at
the end of this letter.  The explanation shows how your income, other than any
SSI payments, affects your SSI payment.  We include explanations only for
months where payment amounts change.

## When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of
$783.00 around January 1, 2020, and on the first of each month after that.

## If You Work Or Want To Return To Work

Ticket to Work is a voluntary program that helps people getting disability
benefits go to work.  Employment networks or your State vocational
rehabilitation agency can help you find, prepare for, and keep a job.  If you
join this program, there is no cost to you.  We may also set aside review of
your medical condition.  You can find a list of service providers, benefits and
work incentives counselors, and get your questions answered by contacting the
Ticket to Work Help Line at 1-866-968-7842 (TTY 1-866-833-2967).  You also can
visit https://choosework.ssa.gov/findhelp/ online.

See Next Page

SSA-L8151

3/14/2020                                     SunTrust Online Banking



## Checking  *7970

$111.01

Available

### Account Balance History

| Date | Description | Amount | Available Balance | Current Balance |
|------|-------------|--------|-------------------|-----------------|
| | Ending Balances for 02/03/2020 | | $391.00 | $391.00 |
| 02/03/2020 | VILL MARTIN DRIVEUP ATM MART INSVILLE VA 7581 | -$500.00 | $391.00 | $391.00 |
| | Ending Balances for 01/31/2020 | | $891.00 | $891.00 |
| 01/31/2020 | SSI TREAS 310 XXSUPP SEC ▇▇▇ 0319 SSI 9101736121 | $783.00 | $891.00 | $891.00 |
| | Ending Balances for 01/14/2020 | | $108.00 | $108.00 |
| 01/14/2020 | VILL MARTIN DRIVEUP ATM MART INSVILLE VA 7581 | -$280.00 | $108.00 | $108.00 |
| | Ending Balances for 01/03/2020 | | $388.00 | $388.00 |
| 01/03/2020 | VILL MARTIN DRIVEUP ATM MART INSVILLE VA 7581 | $500.00 | $388.00 | $388.00 |
| | Ending Balances for 01/02/2020 | | $388.00 | $888.00 |
| PENDING 01/02/2020 | SUNTRUST 01/02/20 16:32 | $500.00 | $388.00 | $888.00 |

# Exhibit 3

USWGO
ALLY OF QANON // DRAIN THE SWAMP



CIRCUIT COURT OF MARTINSVILLE, VIRGINIA, CASE NO.
CR19000009-00

Exhibit in attachment to "Motion for Waiving Legal Fees or Not Enforcing Them"

Affidavit of Indigence of Petitioner Brian David Hill in support of "Motion for Waiving Legal Fees or Not Enforcing Them"

I, Brian David Hill, file this affidavit, pursuant to Virginia Code § 8.01-4.3. "Unsworn declarations under penalty of perjury; penalty", subject to the penalties of perjury thereof therefore state the following facts:

1. My only monthly source of income I receive is my SSI Disability disbursement. This is the only source of actual income from the Federal Government through the Social Security Administration that supports me in my ability to survive, and to live. I cannot work a job, I am legally declared disabled. I have a handicap placard registered at the Virginia Department of Motor Vehicles (DMV) over my "Autism Spectrum Disorder". I am not just legally disabled under federal law which allows me to have income of SSI disability monthly disbursement which do not require me to work a job, but I am legally disabled under Commonwealth of Virginia. I am on a Medicaid waiver and require caretaker services due to my brittle Type I Diabetes that works against me with my Autism Spectrum Disorder and Obsessive Compulsive Disorder.

2. I pay $500 monthly rent and do not own a home, I have no home in my name and have no land in my name.

3. I have no car in my name and own no car.

4. I receive $783 a month of SSI disability. I am on Medicaid insurance, and I am on EBT Food Stamps. With the $500 rent, I only have left $283 a month left which goes towards hygiene products and hand sanitizer over my OCD, clothing which includes shoes since Medicaid no longer pays for diabetic shoes. I have to spend anywhere between $0-100 a month on buying paper, mailing out legal cases materials in envelopes with certified mail to prove service of process since I am a criminal defendant in both federal and state court. Federal is over a possession charge and over a wrongful conviction and the state is over the indecent exposure charge in 2013 which I am fighting for acquittal in that case as well. I am using my mom's used furniture and need furniture to be able to go to sleep and to be able to at least sit down and have a life. I am having to use the leftover money on legal filings and mailings and then have to use the rest on being able to buy things that I need. Hygiene products, snacks for low blood sugar, fast food when I am forced to have appointments especially ones mandated by U.S. Probation such as counseling. Things add up and money runs out quick.

5. I understand that SSI disability money cannot be garnished according to Federal Law. I will defend my ability to not have the Commonwealth of Virginia garnish my disability income over attorney fees and the Federal Courts do not even do this compared to the

*1*

State Courts. I plan on going to legal aid to file a Social Security lawsuit against the Circuit Court of Martinsville, against Matthew Clark, against Glen Andrew Hall, and others I will plan on naming in the Social Security lawsuit over forcing me against my will to pay legal fees to the Circuit Court of Martinsville or I may face jail time if what I had read was correct in the document given to me by the deputy Clerk of the Circuit Court of Martinsville. I also understand that if I am now indebted to Martinsville, to the Commonwealth of Virginia, over the ineffective counsel and a corrupt prosecutor Glen Andrew Hall, that I will have no choice but to declare federal bankruptcy and have a Federal Judge review over my state debt to block Virginia from being forcing me against my will to pay simple legal fees to the Commonwealth of Virginia as I have no victims so no restitution is ordered and I had not been fined either. I was only sentenced to jail-time. The legal fees are the same as with a lawsuit and sanctions in a lawsuit where a corporate party or private party demands that I pay a legal fee or suffer legal retribution, for example when I was sued by Righthaven, LLC in 2011 for copyright infringement over my political blog of USWGO Alternative News at uswgo.com from 2009-2012. That is garnishment and is illegal under Federal Law from what I understand. I don't know if the Commonwealth is considered the same as a private party in litigation but government lawyers can sue and litigate as well. So bankruptcy should also apply to state debts that have nothing to do with restitution, I will weigh my legal options. Since there is no restitution ordered by the State Court and there are no reported victims of the state crime charged to which require restitution under law, it is nothing more and nothing less to me than garnishment which may be illegal under Federal Law. I will sue under the Social Security Act as my first federal lawsuit I plan on filing against the Circuit Court of Martinsville, as a public case against them. My second plan is to declare federal bankruptcy since I have no credit cards and I have no loans so declaring bankruptcy will not affect my SSI disability disbursement income payments. I have never owned any stocks or bonds. I have never invested in a company. I have no 401K (whatever that is) and never even had any of such. I will try to see if legal aid or any other social justice legal advocacy organization will agree to help me in the lawsuit(s) I plan to file over the issue of mandatory legal fees by Martinsville Circuit Court. As a matter of law, it is my right and duty as a citizen to file suit to protect my only source of livable income for me being disabled and cannot work a job. I have a caretaker paid for by Medicaid for God's sake. I cannot work a job, and need a caretaker. The legal fees against a disabled person with medical health problems is not right and is not legally feasible.

6. Even though I am on Federal Supervised Release conditions by the United States Probation Office, they had never charged me for wearing any ankle monitor, they had never charged me for attorney fees. They know my SSI benefits are protected. Unless I work or make any kind of money outside of SSI disbursement, the Federal Court doesn't demand any money from me. I hope the State Court will make the same decision and not enforce legal fees against somebody with SSI disability as the only source of income.

2

7. Again, the remainder of that money goes to the costs of legal mailings which get expensive in complex cases and complex appeals, paper, ink, pens, and any other material necessary for fighting my federal and state criminal cases which includes my six pending federal appeals and 2 appeals with the Court of Appeals of Virginia and 1 appeal with the Supreme Court of Virginia. One federal appeal is represented by Attorney Ryan Edward Kennedy (also Mayor of Clarksburg) of Clarksburg, West Virginia and the other five federal appeals are pro se. The costs of maintaining multiple federal and state appeals can be costly. I also use my remaining money on things that I need such as soap, tooth paste, mouth wash, hygiene products, diabetic snacks or even drinks with sugar for low blood sugar, clothes, and products to deal with my carpel tunnel pain, and any other necessities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2020.



**BRIAN DAVID HILL**

*Brian D. Hill*
Signed

Brian David Hill –
Ally of Qanon
Founder of USWGO
Alternative News
310 Forest Street, Apt.
2 Martinsville,
Virginia 24112
(276) 790-3505
*Pro Se*



3

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 3/15/2020
Number of pages: 23
Attn.: Glen Andrew Hall, Esq.
Recipient's number: T1-276-403-5478
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Motion for Waiving Legal Error Correction: Norce Them(6)_w_Exhibits_Signed {2020-03-15}.tif
File description: Motion for Waiving Legal Fees or not to Enforce Them(6)_w_ExhibResolution: 200*200 dpi
Recipient's Fax ID:     12764035478
Rate: 14400 bps

Time: 11:54:13 PM
Session duration: 5:14
To: Commonwealth Attorney
Message type: Fax

Record number: 8111

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY/TOWN OF MARTINSVILLE

COMMONWEALTH OF VIRGINIA,
Plaintiff,

v.

BRIAN DAVID HILL,
Defendant,

)
)
)
)
)
)
)
)
)
)
)

Criminal Action No. CR19000009-00

Motion for Waiving Legal Fees or Not
Enforcing Them

## Motion for Waiving Legal Fees or Not Enforcing Them

Pursuit to § 8.01-512.4 and 42 U.S. Code § 407, Brian David Hill

("Petitioner") the criminal defendant in this case files this motion for requesting

the Waiving of Legal Fees or Not Enforcing Them in this Circuit Court, for lack of

funds and that Petitioner has no garnishable income and no liquid assets. Petitioner

does not work a job and therefore does not actually make any money that can be

subject to garnishment as it is a protected Federal Benefits program by Federal

Law and is Petitioner's only source of income to live off of.

This motion is to file evidence that establishes Petitioner has no garnishable

income, owns no car, and owns no home. Petitioner owes no restitution to the

Commonwealth of Virginia as there are no reported victims. The only fees charged

1