**PRIORITY MAIL**
**POSTAGE REQUIRED**

Please Recycle



U.S. POSTAGE PAID
PM 1-Day
MARTINSVILLE, VA
24112
MAR 26, 20
AMOUNT
**$11.80**
R2305M146971-18

1021   24011

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1120 0002 2623 6273

**FROM:**



Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112





Brian D. Hill - Ally of QANON
WWG1WGA - Q-Intel - Drain the Swamp MAGA
JusticeForUSWGO.wordpress.com - INVESTIGATE!

**TO:**

Clerk of the Court
U.S. District Court
210 Franklin Road S.W.
Suite 540
Roanoke, VA 24011

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

DuPont™ Tyvek®
Protect What's Inside.™