CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 0 6 2020
JULIA C. DUDLEY, CLERK
BY: /s/ H McD
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

| | |
|---|---|
| **Brian David Hill,** Plaintiff ) ) ) ) v. ) ) Glen Andrew Hall, Esq., et al, ) Defendant ) ) ) | Civil Action No. 4:20-cv-00017<br><br>Judge: Hon. Jackson L. Kiser |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Plaintiff") in the above named case,* hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment (See Documents #3 and #4) entered in this action on the 30th day of March, 2020. Brian will also file an Emergency Motion for Stay of Judgment which will be accompanying this Notice.

---

* See Rule 3(c) for permissible ways of identifying appellants.

---

It is shocking that the Hon. Judge Jackson L. Kiser would allow States to ignore Federal Law that protects all Social Security disability beneficiaries from being coerced or compelled by execution, levy, garnishment, or use of any other legal process to unlawfully transfer SSI disability money to the Defendants'/individuals of the Circuit Court of Martinsville to pay attorney fees. Federal Courts do not garnish SSI benefits for criminal cases in those Courts when it is the only source of income for somebody to live off of. None of those fees will help protect society but

1

will instead enrich the finances of the corrupt Commonwealth Attorney Glen Andrew Hall, Esq., as well as enrich Matthew Scott Thomas Clark the court appointed lawyer of Martinsville who did nothing to defend his client in violation of the Sixth Amendment of the U.S. Constitution, and enrich Lauren McGarry or the Public Defender Office off of the backs of slaves. Forcing disabled people to lose their SSI money when no restitution is even ordered but simply fees to pay lawyers is to be slaves to the Commonwealth of Virginia is cruel and unusual punishment. It is slavery when federally protected benefits is mandated to be taken away from a mentally/physically disabled/handicapped person out of the cause of ineffective assistance of counsel who could have won the case and ended all of this.

The Hon. Giles Carter Greer, Matthew Scott Thomas Clark, Lauren McGarry, and Glen Andrew Hall didn't respect the case law precedent of the United States Supreme Court (See *Washington State Dep't of Social & Health Servs v Guardianship Estate of Keffeler, 537 US 371; 123 S Ct 1017; 154 L Ed 2d 972 (2003)*) guaranteeing that even state criminal case proceedings cannot be used as an excuse to garnish SSI disability when it is the only source of income to live off of and pay rent, even though that case was the issue of garnishment when that criminal defendant owed restitution. In this case, Plaintiff owes no restitution, and was not fined. It was simply the legal fees of both the prosecution attorney and defense attorneys, and the legal fees can and will be over $1,000, maybe could even extend past $5,000. Plaintiff shouldn't be financially punished by the State Courts with no victims as the Federal Courts did not ever attempt to make him pay the attorney fees of the United States Attorney and Federal Public Defender Office in federal criminal allegations. As long as Brian's only source of income is his

2

protected federal benefits, he is entitled under the federal law to protection of his federal protected benefits which includes Supplemental Security Income ("SSI").

The Hon. Jackson Kiser of this court, the Hon. Giles Carteer Gree of the Martinsville Circuit Court, attorney Glen Andrew Hall, attorney Lauren McGarry, and attorney Matthew Scott Thomas Clark does not have the authority to override the United States Supreme Court. They are not above the law. That was also outlined by Christopher Julian who also argued that Hon. Jackson Kiser is not above the law.

Plaintiff will make the smart decision and appeal it to the highest court of the land and explain to the Supreme Court that the decision by Jackson Kiser contradicts precedent of the Supreme Court. See Renee G. Julian and Christopher B. Julian v. James Rigney, et al. (4:13-cv-00054), Date Filed: Sept. 16, 2013. Usually only Federal Courts have the power to interpret federal law. Why is the Plaintiff having to ask the State Court not to violate Federal Law here? Federal Courts are supposed to enforce Federal Laws. Is Plaintiff really wrong here to have filed suit simply asking for a State Court not to enforce an action that violates federal law?

Brian had already been punished enough from the carbon monoxide gas poisoning since November, 2017, until September 21, 2018, and is continually being punished by both the Federal Court in Winston-Salem, North Carolina and the Virginia State Court over Brian being a victim of carbon monoxide. Hasn't Brian suffered enough already? Now his SSI, his federally protected benefits are to be garnished to pay the corrupt attorneys'/Defendants' fees or Brian goes to jail if he cannot afford to pay out of his limited SSI money from the Federal Government which is cruel and unusual punishment and contradicts the U.S. Supreme Court. Martinsville, Virginia is far more evil than Righthaven, LLC who tried to extort $6,000 and garnish his SSI to settle with Righthaven, LLC for copyright

infringement in Colorado Federal Court. They do not care about somebody being dependent on SSI disability when that is his only source of monthly income and is on Medicaid. The City of Martinsville gets plenty of money from the NASCAR races that are twice a year. Why do they need to get blood from a turnip?

The bullying of the poor, elderly, and disabled from the Deep State Swamp of the judicial system will not stand once America is taken back by the Nationalists like the Honorable U.S. President Donald John Trump from the Globalists of the New World Dis-Order. The Bilderbergs, the Rockefellers, the Rothschilds, the Free-Masons, none of them will control our system of Government any longer once Donald Trump and the patriots makes the mass arrests. Trump can and will indict, and arrest the traitors of the Deep State Swamp all over America and end the suffering of humanity caused by the Obama/Bush/Clinton stay-behind networks of the U.S. Department of Justice, the same group of people that allowed Jeffrey Epstein (*who did NOT kill himself but was murdered in a Federal Bureau of Prisons sanctioned facility in Manhattan, New York*) to only face 13 months in a jail and was allowed to leave for work and was living in the private wing of the jail. So Jeffrey Epstein was essentially given a tax payers paid for hotel room and was able to have sex with models and rape them if he wanted and sexually abuse more children instead of living in the hardcore prison type of environment and treatment that regular citizens are incarcerated under on a day-to-day basis. Jeffrey Epstein had molested likely hundreds to thousands of underage girls and impregnated them with his seed, and yet he was given less harsh punishments than what had happened collectively to Autistic man and Plaintiff Brian D. Hill through the State and Federal cases who is a victim of a carbon monoxide poisoning attempt as documented by chimney expert Pete Compton and didn't molest a single person and was called a danger to the community by the corrupt Assistant

U.S. Attorney Anand Prakash Ramaswamy who that same jerk was the suspect of federal violation of obstruction of justice in my FOIA lawsuit that was filed in in this same court, as well as corrupt elements of the U.S. Probation Office including Kristy L. Burton who is a corrupt element of the Danville, U.S. Probation Office. That while Jeffrey Epstein who had molested and raped hundreds of underage girls was not considered a danger to the community to the same extent as was considered against Brian D. Hill, over any behaviors caused by his Autism Spectrum Disorder and the Carbon Monoxide gas poisoning. There are major miscarriages of justice going on in the Western District of Virginia as well as the Middle District of North Carolina. The U.S. Probation Office in Danville considered Brian's autistic meltdown more of a danger to the community than Jeffrey Epstein who was convicted in another court when he was molesting tons of underage girls, trafficking underage girls and having the reputation of running a "Pedophile Island" in the St. James Island in the Caribbean? The Circuit Court wants to unlawfully extort out of Plaintiff's SSI after they considered Brian's abnormal and strange behavior of walking around naked late at night on a walking trail (not a public park trail) and never masturbated and hasn't ever repeated such behavior, was also used to have caused the Winston-Salem, NC Federal Court to consider Brian a danger to the community when he molested nobody and never approached anybody of the public while naked at night on a walking trail filled with hills and trees and got seen by a vehicle on one part of the trail where there was a road going downward which was Hooker Street (likely the name of that street came from Hooker furniture company in Martinsville), so nobody from Burger King can see anybody from the spot where the trail was.

**<u>So autistic man Brian was considered more of a danger to the community than serial-pedophile-and-rapist Jeffrey Epstein?</u>** What has happened to justice in this Court?



Is autistic man and virgin Brian D. Hill of USWGO Alternative News more of a danger to the community than pedophile Jeffrey Epstein a serial child molester?

Now Brian is being coerced to pay thousands of dollars of attorney fees including his defense attorney fees even though his own defense attorneys betrayed him, lied to him, and lied to his family. Federal Law doesn't seem to be enforced anymore, where is Congress to stop the violations of federal law by the states? It is interesting how Brian must lose his SSI to be garnished or transferred to the Defendants' benefit when Martinsville Police refused to investigate any evidence mailed to them (Exhibit 2 — Document #2, Attachment #2), and Sovah Hospital was allowed to destroy blood vials that would have shown the levels of carbon monoxide gas poisoning (Spoliation of evidence and medical neglect) and thus had

6

the blood vials never been destroyed then Brian never would have been convicted of indecent exposure by his corrupt lawyer Matthew Scott Thomas Clark of Martinsville, Virginia, begging him to withdraw his appeal and refused to fight for him who will also personally financially benefit out of such court ordered garnishment. Brian keeps suffering miscarriages of justice in courts because he is not a FreeMason or a Bilderberg Group member, he does not belong to an elite family, he doesn't sacrifice anybody to the stone demi-god named Moloch, he is not belonging to the Bilderberg Group or Council on Foreign Relations, he is not a servant of the devil, and so Brian is being treated like a second class citizen in his own country and is not being entitled to any of his constitutionally protected rights and federally protected rights as well as his federally protected SSI benefits.

For the wrongdoings being done to him, he will appeal this upward and all the way up the Supreme Court if he has to. He will seek justice. Plaintiff hopes that with Qanon, that is time for the cabal/elite to be arrested for their crimes and for Brian David Hill to finally be given justice once and for all, for all of his rights that he was deprived of by the State and Federal Courts over and over again, all of these years. Hail the Hon. Donald Trump and the Qanon/Alliance, Drain the Swamp!

Respectfully filed with the Court, this the 4th day of April, 2020.

Respectfully submitted,

*Brian D. Hill*
*Signed*

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505




Former U.S.W.G.O. Alternative News reporter
I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again
Friend's justice site: JusticeForUSWGO.wordpress.com

<u>Plaintiff also requests with the Court that a copy of this pleading be served upon the Defendants' as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Plaintiff requests that copies be served with the Defendants' via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if any of the Defendants' consents, or upon U.S. Mail. Thank You!</u>

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on April 4th, 2020, service was made by mailing the original of the foregoing:

"NOTICE OF APPEAL"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on April 4, 2020 addressed to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, P.O. Box 1400, Danville, VA 24543.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| Glen Andrew Hall, Esq., in his official capacity<br>Commonwealth Attorney of Martinsville, Virginia<br>55 West Church Street<br>Martinsville, Virginia 24112<br>Telephone: 276-403-5470<br>E-mail Address:<br>ahall@ci.martinsville.va.us | Giles Carter Greer, Esq.<br>Judge of Martinsville Circuit Court, in his official capacity<br>55 West Church Street<br>Martinsville, Virginia 24112<br>Phone: 276-403-5106 (Not direct phone number but no. of Clerk)<br>E-mail Address:<br>cgreer@ci.martinsville.va.us |
| Matthew Scott Thomas Clark, Esq.<br>Attorney, in his official capacity<br>711B Starling Ave<br>Martinsville, Virginia 24112<br>Telephone: (276) 634-4000<br>E-mail Address:<br>matthewstclarklaw@gmail.com | Lauren McGarry, Esq.<br>Martinsville Public Defender Office, in her official capacity<br>10 E Main St.<br>Martinsville, Virginia 24112<br>Phone: (276) 666-2206<br>E-mail Address:<br>lmcgarry@mar.idc.virginia.gov |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>April 3, 2020 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.** |




I stand with QANON/Donald-Trump – Drain the Swamp
I ask Qanon and Donald John Trump for Assistance (S.O.S.)
Make America Great Again

No Certified Mail tracking no. I trust God will get this filing where it needs to be.

Friend's justice site: JusticeForUSWGO.wordpress.com

Trust The Plan. Qanon

10