

**U.S.W.G.O.**
Brian D. Hill - Ally of Qanon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA - Q-Intel - Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

Clerk of the Court
U.S. District Court
P.O. Box 1400
Danville, VA 24543