FILED: April 7, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1396
(4:20-cv-00017-JLK)

_____

BRIAN DAVID HILL

      Plaintiff - Appellant

v.

GLEN ANDREW HALL, ESQ., in his official capacity, Commonwealth Attorney of Martinsville, Virginia; GILES CARTER GREER, ESQ., Judge of Martinsville Circuit Court, in his official capacity; MATTHEW SCOTT THOMAS CLARK, ESQ., Attorney, in his official capacity; LAUREN MCGARRY, ESQ., Martinsville Public Defender Office, in her official capacity

      Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Danville |
| Originating Case Number | 4:20-cv-00017-JLK |
| Date notice of appeal filed in originating court: | 04/06/2020 |
| Appellant(s) | Brian David Hill |
| Appellate Case Number | 20-1396 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |