FILED: July 15, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1396
(4:20-cv-00017-JLK)
_____

BRIAN DAVID HILL

      Plaintiff - Appellant

v.

GLEN ANDREW HALL, ESQ., in his official capacity, Commonwealth Attorney of Martinsville, Virginia; GILES CARTER GREER, ESQ., Judge of Martinsville Circuit Court, in his official capacity; MATTHEW SCOTT THOMAS CLARK, ESQ., Attorney, in his official capacity; LAUREN MCGARRY, ESQ., Martinsville Public Defender Office, in her official capacity

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered June 23, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*